Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Robert W. Chong, SBN 170450
robertchong@doochonglaw.com
**LAW OFFICE OF DOO & CHONG**
2596 Mission Street, Suite 302
San Marino, California 91108
Telephone: (626) 403-3322
Facsimile: (626) 403-7733

*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>FOLK INN SANTA BARBARA LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>               Defendants. | CASE NO.:    2:21-cv-08690-SB-KS<br><br>*Assigned to Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Crystal Redick ("Plaintiff"), and Defendant Folk Inn Santa Barbara LLC ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: April 18, 2022      **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: April 18, 2022      **FOLK INN SANTA BARBARA LLC**

By: */s/ Robert W. Chong*
Robert W. Chong
*Attorneys for Defendant,*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 18, 2022                    By: */s/ Thiago M. Coelho*
                                              Thiago M. Coelho