JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>FOLK INN SANTA BARBARA LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-08690-MEMF(KSx)<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL [ECF No. 26]** |

/ / /

/ / /

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

Dated: April 21, 2022   _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge